IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MORONES RAMIREZ, | NO. CV 23-10389-SB (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| WARDEN, USP LOMPOC, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED as follows:

(1) Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is GRANTED;

(2) Petitioner's motion for summary judgment based on failure to prosecute is DENIED.

IT IS FURTHER ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 16, 2024

_____
STANLEY BLUMENFELD, JR.
United States District Judge